UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------------x
GLORIA JACKSON, on behalf of
herself and all others similarly
situated,

                                                                                             06 CV 0079

                          Plaintiff,
            - against -                                           RULE 68 NOTICE

                                                                          TRIAL BY JURY
                                                                           DEMANDED

RELIN, GOLDSTEIN & CRANE, LLP,

                                      Defendant.
---------------------------------------------------------------------------x

TO:

      The defendants, RELIN, GOLDSTEIN & CRANE, LLP  hereby offers to allow judgment to be taken against it by the plaintiff in the fom of $1,000.00  together with costs accrued to this date.  This offer is made pursuant to Rule 68 of the Federal Rules of Civil procedure.  Evidence of this offer is not admissible except in a proceeding to determine costs, and this offer is not to be construed as an admission of libility or that the plaintiff has suffered any damage.  If this offer is not accepted in writing within 10 days after it is served, it shall be deemed withdrawn.

Dated:  White Plains, New York
        January 30, 2006

                                      Yours, etc.,

                                      VOUTÉ, LOHRFINK, MAGRO & COLLINS, LLP
                                      Attorneys for Defendants

                                   By: _____
                                      Elliot A. Cristantello        (5035)
                                   Office and P.O. Address
                                   170 Hamilton Avenue
                                   White Plains, New York 10601
                                   (914) 946-1400

TO: KATZ & KLEINMAN, PLLC
     Attorneys for Plainitff
     626 Rockson Plaza
     Uniondale, New York 11556-0626
     (516) 522-2821